FILED  
October 19, 2021  
CLERK, US DSITRICT COURT  
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>VIRGINIA GARCIA LOPEZ<br><br>                    Defendant. | Case No.  2:21-mj-00164-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  VIRGINIA GARCIA LOPEZ  Case No. 2:21-mj-00164-JDP  Charges 21 USC § 841(a)(1)  from custody for the following reasons:

    _____  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $  50,000.00 co-signed by Rigoberto Lopez

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety as stated on the record in open court.

    _____  Corporate Surety Bail Bond

    _____  (Other): \_

Issued at Sacramento, California on at 2:00 PM on October 19, 2021

_____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE