PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 28, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA GARCIA LOPEZ, <br><br> Defendant. | CASE NO. 2:21-cr-0214 WBS <br><br> 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture |

# I N D I C T M E N T

The Grand Jury charges: T H A T

VIRGINIA GARCIA LOPEZ,

defendant herein, on or about October 15, 2021, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant VIRGINIA GARCIA LOPEZ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

  a. All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Section 841(a)(1), for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

  b. A sum of money equal to the total amount of proceeds obtained as a result of the offense, for which defendant is convicted.

 2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

PHILLIP A. TALBERT
Acting United States Attorney

A TRUE BILL.
**/s/ Signature on file w/AUSA**
FOREPERSON

INDICTMENT   2

No. _____  2:21-cr-0214 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

VIRGINIA GARCIA LOPEZ

### INDICTMENT

**VIOLATION(S):**
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* \_\_\_28th_____ *day*

*of* \_\_\_October_____, *A.D. 20* \_21\_\_\_

/s/ Lisa M. Kennison
_____
*Clerk.*

*Bail, $* **NO PROCESS NECESSARY**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:21-cr-0214 WBS

## United States v. Virginia Garcia Lopez
### Penalties for Indictment

**Defendants**
**VIRGINIA GARCIA LOPEZ**

**COUNT 1:**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute over 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or<br>Fine of up to $10,000,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |
| SPECIAL ASSESSMENT: | $100 (mandatory on each count) |

**FORFEITURE ALLEGATION:**

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 853(a) - Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |