1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5  Hannah_Labaree@fd.org

6  Attorney for Defendant
   VIRGINIA GARCIA LOPEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 2:21-cr-00214-WBS-1
                                     )
    Plaintiff,                       )
12                                   )  STIPULATION AND ORDER TO CONTINUE
    vs.                              )  STATUS CONFERENCE
13                                   )
    VIRGINIA GARCIA LOPEZ            )
14                                   )  Date: December 6, 2021
                                     )  Time: 9:00 a.m.
15  Defendant.                       )  Hon. William B. Shubb
                                     )
16

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

18  Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and

19  Federal Defender Heather E. Williams through Assistant Federal Defender Hannah Labaree,

20  attorney for VIRGINIA GARCIA LOPEZ, that the status conference, currently scheduled for

21  December 6, 2021, be continued to January 24, 2022 at 9:00 a.m.

22         Defense counsel requires time for the continued investigation and review of the produced

23  discovery materials, as well as to confer with her client. The parties therefore request a T4

24  exclusion of time for defense investigation until January 24, 2022.

25         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded from this order's date through and including January 24, 2022; pursuant to 18 U.S.C.

27  §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28  based upon continuity of counsel and defense preparation.

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 1, 2021

HEATHER E. WILLIAMS
Federal Defender


*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
VIRGINIA GARCIA LOPEZ


Dated:  December 1, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Alstyn Bennett*
ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

1

## **ORDER**

2

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4

its order. The Court specifically finds the failure to grant a continuance in this case would deny

5

counsel reasonable time necessary for effective preparation, taking into account the exercise of

6

due diligence.  The Court finds the ends of justice are served by granting the requested

7

continuance and outweigh the best interests of the public and defendant in a speedy trial.

8

The Court orders the time from the date the parties stipulated, up to and including

9

January 24, 2022, shall be excluded from computation of time within which the trial of this case

10

must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11

and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12

is further ordered the December 6, 2021 status conference shall be continued until January 24,

13

2022, at 9:00 a.m.

14

15

Dated:  December 3, 2021

16

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28