HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorney for Defendant
VIRGINIA GARCIA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>VIRGINIA GARCIA LOPEZ<br>Defendant. | Case No. 2:21-cr-00214-WBS-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: January 24, 2022<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Noa Oren, attorney

for VIRGINIA GARCIA LOPEZ, that the status conference, currently scheduled for January 24,

2022, be continued to March 28, 2022 at 9:00 a.m.

Defense counsel requires time for the continued investigation and review of the produced

discovery materials, as well as to confer with her client. The parties therefore request a T4

exclusion of time for defense investigation until March 28, 2022.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including March 28, 2022; pursuant to 18 U.S.C.

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1   based upon continuity of counsel and defense preparation.

2   Dated:  January 18, 2022

3                                          HEATHER E. WILLIAMS
                                           Federal Defender

4

5                                          /s/ Noa Oren
                                           NOA OREN
                                           Assistant Federal Defender
6                                          Attorney for Defendant
                                           VIRGINIA GARCIA LOPEZ
7

8   Dated:  January 18, 2022

9                                          PHILLIP A. TALBERT
                                           United States Attorney

10                                         /s/ Alstyn Bennett
                                           ALSTYN BENNETT
11                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 28, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 24, 2022 status conference shall be continued until March 28, 2022, at 9:00 a.m.

Dated:  January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE