1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5  Noa_oren@fd.org

6  Attorney for Defendant
   VIRGINIA GARCIA LOPEZ
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   ) Case No. 2:21-cr-00214-WBS-1
             Plaintiff,         )
12                              ) STIPULATION AND ORDER TO CONTINUE
   vs.                          ) STATUS CONFERENCE
13                              )
                                )
14 VIRGINIA GARCIA LOPEZ        ) Date: May 31, 2022
             Defendant.         ) Time: 9:00 a.m.
15                              ) Hon. William B. Shubb
                                )
16

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18 Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and

19 Federal Defender Heather E. Williams through Assistant Federal Defender Noa Oren, attorney

20 for VIRGINIA GARCIA LOPEZ, that the status conference, currently scheduled for May 31,

21 2022, be continued to August 15, 2022 at 9:00 a.m.

22        Defense counsel requires time for the continued investigation and review of the produced

23 discovery materials, as well as to confer with her client. The parties therefore request a T4

24 exclusion of time for defense investigation until August 15, 2022.

25        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26 excluded from this order's date through and including August 15, 2022; pursuant to 18 U.S.C.

27 §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28

Stipulation and Proposed Order to Continue     -1-     *United States v. Virginia Lopez,* 2:21-cr-214-WBS
Status Conference and Exclude Time

1 | based upon continuity of counsel and defense preparation.

2 | Dated: May 23, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for Defendant
VIRGINIA GARCIA LOPEZ

Dated: May 23, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 15, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 31, 2022 status conference shall be continued until August 15, 2022, at 9:00 a.m.

Dated:  May 23, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE