HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
VIRGINIA GARCIA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> VIRGINIA GARCIA LOPEZ <br> Defendant. | Case No. 2:21-cr-00214-WBS-1 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: September 26, 2022 <br> Time: 9:00 a.m. <br> Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah R. Labaree, attorney for Virginia Garcia Lopez, that the status conference, currently scheduled for September 26, 2022, be continued to October 31, 2022 at 9:00 a.m.

Defense counsel requires time for the continued investigation and review of the produced discovery materials, as well as to confer with her client. The parties therefore request a T4 exclusion of time for defense investigation until October 31, 2022.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 31, 2022; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 21, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Defendant
VIRGINIA GARCIA LOPEZ

Dated: September 21, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Alstyn Bennett*
ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Status Conference and Exclude Time

-2-

*United States v. Virginia Lopez,* 2:21-cr-214-WBS

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 31, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 26, 2022 status conference shall be continued until October 31, 2022, at 9:00 a.m.

Dated:  September 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE