HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
VIRGINIA GARCIA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>VIRGINIA GARCIA LOPEZ<br>Defendant. | Case No. 2:21-cr-00214-WBS-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: October 31, 2022<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Alstyn Bennett, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah R. Labaree, attorney for VIRGINIA GARCIA LOPEZ, that the status conference, currently scheduled for October 31, 2022, be continued to November 21, 2022 at 9:00 a.m.

Defense counsel requires time for the continued investigation and review of the produced discovery materials, as well as to confer with her client and the government regarding the potential for resolution of the case. The parties therefore request a T4 exclusion of time for defense investigation until November 21, 2022.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 21, 2022; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Dated:  October 25, 2022

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Hannah R. Labaree*
        HANNAH R. LABAREE
        Assistant Federal Defender
        Attorney for Defendant
        VIRGINIA GARCIA LOPEZ

Dated:  October 25, 2022

        PHILLIP A. TALBERT
        United States Attorney

        */s/ Alstyn Bennett*
        ALSTYN BENNETT
        Assistant U.S. Attorney
        Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 21, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 31, 2022 status conference shall be continued until November 21, 2022, at 9:00 a.m.

Dated:  October 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE