HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorney for Defendant
VIRGINIA GARCIA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br>VIRGINIA GARCIA LOPEZ<br>           Defendant. | Case No. 2:21-cr-00214-WBS-1<br><br>WAIVER OF APPEARANCE<br><br>Date: December 19, 2022<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

Pursuant to Rule 43, Federal Rules of Criminal Procedure, Defendant Virginia Garcia Lopez, hereby waives the right to be present in-person in open court upon hearing any motion or other proceeding in this case, including, but not limited to, when my case is set for trial, when the court orders a continuance, and when the court takes any other action before or after trial, specifically, for any hearing modifying supervised release conditions.  Defendant does not waive their appearance for plea, evidentiary hearings, jury empanelment, trial, and, if applicable, sentence imposition.

Defendant hereby requests the Court proceed during every absence which the Court may permit to this waiver; agrees Defendant's interests will be deemed represented at all times by the Defendant's attorney's presence, same as if Defendant were personally present; and further agrees to be present in court, ready for trial any day and hour the Court may fix in Defendant's absence.

Defendant further acknowledges being informed of their rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes Defendant's attorney to set times and dates under that Act without Defendant's personal presence.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Dated: December 14, 2022

                                 */s/ Virginia Garcia Lopez*
                                 VIRGINIA GARCIA LOPEZ

I agree and consent to my Client's Appearance Waiver.

Dated: December 14, 2022

                                 */s/ Noa Oren*
                                 NOA OREN
                                 Assistant Federal Defender
                                 Attorney for Defendant

IT IS SO ORDERED.

Dated:  December 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE