PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00214-WBS |
| Plaintiff, | STIPULATION REGARDING ADDITION OF PRETRIAL RELEASE CONDITION; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| VIRGINIA GARCIA LOPEZ, | COURT: Hon. Allison Claire |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   On February 6, 2023, defendant Virginia Garcia Lopez entered a guilty plea to the sole count in the indictment. The district court accepted the guilty plea and set judgment and sentencing for May 1, 2023 at 9:00 a.m.

2.   During the change of plea hearing, the district judge inquired about defendant's pretrial release conditions. The court questioned defendant's father, Rigoberto Lopez, regarding his daughter's employment and residence. Mr. Lopez informed the court that the defendant is employed and lives in his home in El Sobrante, California. When asked by the court if Mr. Lopez would be willing to report any instances of the defendant failing to return home or unexcused absence at the residence, Mr. Lopez indicated a willingness to do so. The court then requested that the parties file a stipulation and proposed

order to add the condition to defendant's pretrial release conditions.

3. By this stipulation, the parties request the court order the following pretrial release condition be added: Rigoberto Lopez shall report any instance of defendant's failure to return home or any unexcused absence at the El Sobrante residence to the court or assigned pretrial officer within 24 hours.

IT IS SO STIPULATED.

Dated:  February 6, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ ALSTYN BENNETT
                                            ALSTYN BENNETT
                                            Assistant United States Attorney

Dated:  February 6, 2023                    /s/ HANNAH LABAREE
                                            HANNAH LABAREE
                                            Counsel for Defendant
                                            VIRGINIA GARCIA LOPEZ

## [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 6th day of February, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE