IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>VIRGINIA GARCIA LOPEZ,<br><br>              Defendant. | CASE NO.  2:21-CR-00214-WBS<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO VIRGINIA GARCIA LOPEZ PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States and the attached Exhibit 1, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:21-CR-00214-WBS against defendant Virginia Garcia Lopez are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) and the hearing on September 18, 2023 is vacated.

IT IS SO ORDERED.

Dated:  August 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE